## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF VIRGINA

*Alexandria Division*

**JACOB RADER**

     **Petitioner,**

**v.**                                       **Civil Action No. 1:20 cv 1423**

**MACK A. BAILEY, Jr., et al.,**

     **Defendants.**

## AFFIDAVIT

State of California, County of San Joaquin, to-wit:

1. Both Lieutenant Graves and the LCC Head Investigations Officer told me that Operations Manager Holmes explained to both of them that a legal book sent to LCC by my family titled, "The Hearsay Handbook" was confiscated by Holmes because an LCC Canine Officer had detected and alerted Holmes that the book was laced with synthetic marijuana.

2. I was in the office of the LCC Head Investigations Officer when she conducted her investigation regarding the book. The Investigations Officer called Holmes on the phone, and I heard the Investigations Officer repeat multiple times that indeed the book had been confiscated because, "An LCC Canine Officer had detected and alerted Holmes that the book was laced with synthetic marijuana.

Jacob Rader

July 16th, 2023