# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF VIRGINA

*Alexandria Division*

JACOB RADER

      Petitioner,

v.                                              Civil Action No. 1:20 cv 1423

MACK A. BAILEY, Jr., et al.,

      Defendants.

## AFFIDAVIT

State of California, County of San Joaquin, to-wit:

1.    The VDOC published a "Sneeze Guard Policy" at the beginning of the Covid-19 Pandemic which required LCC inmates to wear masks at all times except when sleeping. The VDOC Policy did not differentiate between VDOC Campuses that housed inmates in Jail Cells or Dormitories.

2.    Due to the threat of a campus wide prison riot, LCC Hierarchy and Staff immediately changed or overruled the VDOC Sneeze Guard Policy approximately two days later.

3.    Every morning, afternoon and evening an announcement over the LCC Intercom would inform and remind LCC Inmates that masks must only be worn in the Dormitory Dayrooms or when leaving the Dormitory to go to other LCC Campus Buildings. No longer were LCC inmates required to wear masks while being within the Dorm Sleeping Quarters, Dorm Bathrooms, Campus Gymnasium or Outside Rec Yard.

Jacob Rader

July 16th, 2023