IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

JACOB RADER,

      Plaintiff,

v.                                                                          Case No.  1:20CV1423

MACK A. BAILEY, Jr., *et al.*,

      Defendants.

## STATUS UPDATE

COMES NOW the undersigned counsel, on behalf of Defendants, and as directed by the Court, submits the following status update:

1.      Following the parties' settlement conference, the parties executed the "Settlement Conference Checklist" and submitted it to the Court.

2.      The undersigned counsel drafted a settlement agreement and stipulation of dismissal and circulated those documents to the Plaintiff on that same date.

3.      Plaintiff responded with proposed edits to the settlement agreement that needed to be verified before those changes could be incorporated—such as representing that the settlement would not be subject to any outstanding liens.

4.      Having confirmed that the proposed additional language may be incorporated, counsel has circulated a revised draft to the Plaintiff, and anticipates that the updated draft will be executed by no later than Friday, July 26, after which the stipulation of dismissal will be filed with the Court.

1

Respectfully submitted,

B.L. HOLMES, WINSLOW, AND HARRISON,
Defendants.

By:  _____/s/_____

Margaret Hoehl O'Shea, VSB #66611
Senior Assistant Attorney General
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
(804) 225-2206
(804) 786-4239 (Fax)
Email:  moshea@oag.state.va

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:  N/A;

And I hereby certify that I have mailed the document, postage prepaid, to the following non-filing user:

Mr. Jacob Rader
6841 Talmedge Circle
Sparks, NV 89436

By:  _____/s/_____

Margaret Hoehl O'Shea, SAAG, VSB #66611
Attorney for named Defendants

2